

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00117-CV

Clinton **HABY** and Heidi Haby,
Appellants

v.

**RIVER TRAIL PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-434
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellants' motion for rehearing is DENED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court